**IT IS ORDERED as set forth below:**



**Date: April 14, 2016**

_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **DWAYNE RENALDO SUTTON** | ) | **CASE NO. 14-73364-WLH** |
| **JOSCELYN RENEE SUTTON** | ) | |
| | ) | **CHAPTER 7** |
| Debtors, | ) | |
| _____ | )_____ | |
| | ) | |
| **MARK ALLEN VEAZEY, SR.** | ) | **ADVERSARY PROCEEDING** |
| | ) | |
| Plaintiff, | ) | Case No. 15-5092-WLH |
| | ) | |
| v. | ) | |
| | ) | |
| **DWAYNE RENALDO SUTTON** | ) | |
| | ) | |
| Defendant. | ) | |

### CONSOLIDATED PRETRIAL ORDER

**COME NOW**, Plaintiff Mark Allen Veazey, Sr. ("Plaintiff Veazey") and Defendant Dwayne Renaldo Sutton ("Defendant Sutton") to file this Consolidated Pretrial Order as following:

I.

For the Plaintiff

**1) Witnesses Who Will Be Present**

a. Plaintiff Veazey

b. Defendant Sutton

c. Charles Winkler (404) 573-3993

**2) Documents**

a.

Corporate documents of Crime Prevention Agency, Inc.

b.

Documents from Wells Fargo Bank

c.

Mark Veazey professional license information

d.

Office lease for Crime Prevention Agency, Inc.

e.

Documents from Secretary of State website

f.

Certificate of License and Ownership from Secretary of

State Professional Licensing Boards Division

II

For the Defendant

**1) Witnesses who will be present**

a. Defendant Dwayne R. Sutton

2

**2) Documents**

| Exhibit | Description |
| --- | --- |
| D-1 | Order and Judgment from Fulton County Superior Court entered April 17, 2014. |
| D-2 | Jury Verdict sheet in the Superior Court Fulton County Case. |
| D-3 | Exhibits to Adversary Complaint. |

[END OF DOCUMENT]

Order prepared and submitted by:

LACKLAND & ASSOCIATES, LLC

_____/s/_____
Theodore H. Lackland
Georgia Bar No. 431055
Counsel for Plaintiff
630 Village Trace
Building 15, Suite C
Marietta, Georgia 30067
Telephone: (404) 522-8155
Facsimile: (404) 522-7355
Email: tlackland@e-lacklaw.com


____/s/_____
Richard K. Valldejuli, Jr., Esq.
GA Bar No. 723225
Attorney for Defendant
2199 Lenox Road, Suite A
Atlanta, GA  30324
(404) 636-9957
info@valldejuliandassociates.com